```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION

ADRIAN MARTINEZ                §
                               §
VS.                            §   ACTION NO. 4:23-CV-580-Y
                               §
BNSF RAILWAY CO.               §
```

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

On November 20, 2024, the United States magistrate judge issued his proposed findings, conclusions, and recommendation in the above-styled and numbered cause (doc. 62). An order issued that same day gave all parties fourteen days thereafter to serve and file with the Court written objections to the proposed findings, conclusions, and recommendation of the magistrate judge. No written objections have been received from either party. As a result, in accordance with 28 U.S.C. § 636(b)(1), de novo review is not required. Nevertheless, the Court has reviewed the magistrate judge's findings, conclusions, and recommendation for plain error and has found none.

Thus, after consideration of this matter, the Court concludes that the findings and conclusions of the magistrate judge should be and are hereby **ADOPTED** as the findings and conclusions of this Court.

The Court concludes that the Plaintiff's motion for sanctions (doc. 56) should be, and it is hereby **DENIED**.

SIGNED December 18, 2024.

                                                   /s/ Terry R. Means
                                                   TERRY R. MEANS
                                                   UNITED STATES DISTRICT JUDGE

\#